**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Stephanie A. Blazewicz, California Bar No. 240359
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
Email:         james.goldberg@bryancave.com
                   stephanie.blazewicz@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
(erroneously sued as Countrywide Home Loans)
and RECONTRUST COMPANY, N.A.
(erroneously sued as ReconTrust, Inc.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. SUTHERLAND,<br><br>            Plaintiff,<br><br>vs.<br><br>DIVERSIFIED CAPITAL INC.; WILLIAM DAVID DALLAS; TRACEY CASELLA; NICOLE GARCIA, PACIFIC UNION HOME SALES, INC. INDIVIDUALLY AND D/B/A PACIFIC UNION GMAC REAL ESTATE; MATTHEW ALEXANDER TUNNEY; CHRISTOPHER GUY GARWOOD; HOLLY HUNTER KERSIS; FIRST FRANKLIN FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS; RECONTRUST, INC., DOES 1-100,<br><br>            Defendants. | Case No.  C 08-03474 CRB<br><br>**CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE
*John R. Sutherland vs. Diversified Capital Inc., et al.*

I, Kedra Chan, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: 2 Embarcadero Center, Suite 1410, San Francisco, CA 94111, and my email address is: chani@bryancave.com.

On July 18, 2008, I caused to be served on the interested parties in said action the within:

**1.  ECF Registration Information Handout**
**2.  USDC Guidelines**
**3.  Notice of Availability**
**4.  Civil Cover Sheet**
**5.  Order Setting Initial Case Management Conference and ADR Guidelines**
**6.  Consenting To A Magistrate Judge's Jurisdiction In the Northern District of California**
**7.  Notice Of Removal Of Action To United States District Court Under 28 U.S.C. §§ 1331; 1441(B) Federal Question;**
**8.  Notice To Adverse Parties Of Removal Of State Action;**
**9.  Certification Of Interested Entities Or Persons Of Defendants Countrywide Home Loans, Inc., And Reconstruct Company, N.A.; And**
**10. Notice To State Court Of Removal To Federal Court (Contra Costa County Superior Court Case No. C 08-01682)**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

*See Attached Service List for Service Details*

**[ ] BY PERSONAL DELIVERY** - I caused document(s) to be hand delivered via Western Messenger to party by close of business day today.

**[ ] BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE** - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

1  [X] **BY OVERNIGHT DELIVERY** - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 18, 2008, at San Francisco, California.

   I. Kedra Chan                                                    _____
(Type or print name)                                 (Signature)

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

**Service List**
*John R. Sutherland vs. Diversified Capital Inc., et al.*

| | |
|---|---|
| Theodore R. Chavez<br>Law Office of Theodore R. Chavez<br>1501 The Alameda<br>San Jose, CA 95126<br>Tel: (408) 993-1679<br>Fax: (408) 993-0719 | Attorney for Plaintiff<br>**John R. Sutherland** |

## PROOF OF SERVICE
*John R. Sutherland vs. Diversified Capital Inc., et al.*

I, Kedra Chan, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is: 2 Embarcadero Center, Suite 1410, San Francisco, CA 94111, and my email address is: chani@bryancave.com.

On July 18, 2008, I caused to be served on the interested parties in said action the within:

1. ECF Registration Information Handout
2. USDC Guidelines
3. Notice of Availability
4. Civil Cover Sheet
5. Order Setting Initial Case Management Conference and ADR Guidelines
6. Consenting To A Magistrate Judge's Jurisdiction In the Northern District of California
7. Notice Of Removal Of Action To United States District Court Under 28 U.S.C. §§ 1331; 1441(B) Federal Question;
8. Notice To Adverse Parties Of Removal Of State Action;
9. Certification Of Interested Entities Or Persons Of Defendants Countrywide Home Loans, Inc., And Reconstruct Company, N.A.; And
10. Notice To State Court Of Removal To Federal Court (Contra Costa County Superior Court Case No. C 08-01682)

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

***See Attached Service List for Service Details***

[ ] **BY PERSONAL DELIVERY** - I caused document(s) to be hand delivered via Western Messenger to party by close of business day today.

[ ] **BY MAIL** - I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE** - I caused said document to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error.

1      [X] **BY OVERNIGHT DELIVERY** - Depositing the above document(s) in a box or other facility regularly maintained by FedEx in an envelope or package designated by FedEx with delivery fees paid or provided for.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on July 18, 2008, at San Francisco, California.

<u>  I. Kedra Chan  </u>            <u>   /s/ Kedra Chan   </u>
(Type or print name)             (Signature)

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

## Service List
*John R. Sutherland vs. Diversified Capital Inc., et al.*

| | |
|---|---|
| Theodore R. Chavez<br>Law Office of Theodore R. Chavez<br>1501 The Alameda<br>San Jose, CA 95126<br>Tel: (408) 993-1679<br>Fax: (408) 993-0719 | Attorney for Plaintiff<br>**John R. Sutherland** |