THEODORE R. CHAVEZ   SBN 53291
LAW OFFICE OF THEODORE R. CHAVEZ
1501 THE ALAMEDA
SAN JOSE CA 95216
TELEPHONE: (408) 993-1679
FACSIMILE:  (408) 993-0719
e-mail: theodorechavez@sbcglobal.net

Attorney for Plaintiff, JOHN R. SUTHERLAND

FILED
08 JUL 24 AM 9:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. SUTHERLAND,<br><br>          Plaintiff,<br><br>     vs.<br><br>DIVERSIFIED CAPITAL INC.; WILLIAM DAVID DALLAS; TRACEY CASELLA; NICOLE GARCIA, PACIFIC UNIION HOME SALES, INC. INDIVIDUALLY AND D/B/A PACIFIC UNION GMAC REAL ESTATE; MATTHEW ALEXANDER TUNNEY; CHRISTOPHER GUY GARWOOD; HOLLY HUNTER KERSIS; FIRST FRANKLIN FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS; RECONTRUST, INC., DOES 1-100,<br><br>          Defendants. | Case No.: 08-CV-03474-CRB<br><br>EX-PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION<br><br>DATE: 7/24/08<br><br>TIME:  9:00 a.m.<br><br>DEPT: 8 |

Plaintiff, John R. Sutherland, hereby applies for a Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, enjoining Defendants Countrywide Home Loans and Reconstruct, Inc. and the agents, servants, and employees of each of them from conducting or causing to be conducted a Trustee's Sale of the subject property during the pendency of this proceeding.

1  Further, Plaintiff requests an order determining an amount of provisional rent for
2  him to pay by way of an adequate protection payment for the benefit of Defendant
3  Countrywide Home Loans and ordering said payment to be made to a blocked account or
4  his attorney's trust account.

Respectfully submitted,

Dated: July 23, 2008

THEODORE R. CHAVEZ
ATTORNEY FOR PLAINTIFF