```
                                                                FILED
1  THEODORE R. CHAVEZ   SBN 53291
   LAW OFFICE OF THEODORE R. CHAVEZ              08 JUL 24 AM 9: 09
2  1501 THE ALAMEDA
   SAN JOSE CA 95216                             RICHARD W. WIEKING
3  TELEPHONE:  (408) 993-1679                    CLERK, U.S. DISTRICT COURT
   FACSIMILE:  (408) 993-0719                    NORTHERN DISTRICT OF CALIFORNIA
4  e-mail: theodorechavez@sbcglobal.net

5  Attorney for Plaintiff, JOHN R. SUTHERLAND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. SUTHERLAND, | Case No.: 3:08-CV-03474-CRB |
| Plaintiff, | |
| vs. | |
| DIVERSIFIED CAPITAL INC.; WILLIAM DAVID DALLAS; TRACEY CASELLA; NICOLE GARCIA, PACIFIC UNIION HOME SALES, INC. INDIVIDUALLY AND D/B/A PACIFIC UNION GMAC REAL ESTATE; MATTHEW ALEXANDER TUNNEY; CHRISTOPHER GUY GARWOOD; HOLLY HUNTER KERSIS; FIRST FRANKLIN FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS; RECONTRUST, INC., DOES 1-100, | DECLARATION OF THEODORE R. CHAVEZ IN SUPPORT OF APPLICATION FOR TRO/OSC<br><br>DATE: 7/24/08<br>TIME: 9:00 a.m.<br>DEPT: 1 |
| Defendants. | |

The undersigned declares as follows:

1. He is an attorney duly licensed to practice before this honorable court and is the attorney for Plaintiff herein.

2. On 7/23/08 I gave Notice of this Ex-Parte Application to Defendant Countrywide by sending a Facsimile memo to their Attorneys of record. A true and correct copy of the Fax Memo and the transmission report are attached hereto as Ex. 1.

1
2  I declare under penalty of perjury that the foregoing is true and correct of my own
3  knowledge and that this declaration was executed on 7/23/08 at San Jose, California.
4
5  Dated:  7/23/08
6  THEODORE R. CHAVEZ
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

*THE LAW OFFICES OF THEODORE R. CHAVEZ*

1501 The Alameda
San Jose, CA 95113
Ph. 408)993-1679 Fax 408)993-0719
theodorechavez@sbcglobal.net

## FAX COVERSHEET

**TO:** James Goldberg/ Stephanie Blazewicz

**DATE:** July 23, 2008

**COMPANY: BRYAN CAVE,LLP ATTORNEYS AT LAW**

**NO. OF PAGES** (including the coversheet) _____1_____

**FAX NO.**   415) 675-3434            **PHONE NO.:**

**FROM:**         Theodore R. Chavez

**PHONE NO.:**(408) 993 1679        FAX NO.: (408) 993 0719

**RE:** Sutherland v. Sutherland (Countrywide)

**COMMENTS:** This memo is for the purpose of giving notice that I or my Colleague, Nicholas Emanuel will present an application for issuance of a TRO and Order setting a hearing date for Preliminary Injunction staying any Trustees Sale during the pendency of the proceeding, On Thurs. at 9:00 A.M. in Dept 1, 17th Floor of the US District Court for the Northern District of California located at 450 Golden Gate Ave., San Francisco, CA.

IF THERE ARE ANY PROBLEMS WITH THIS TRANSMISSION,
PLEASE CALL US AT THE VOICE TELEPHONE NUMBER ABOVE.
THANK YOU

CONFIDENTIALITY NOTICE           "EX A"

THIS FACSIMILE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU.