**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: JUL 2 4 2008

C-08-3474-~~MMC~~ CRB

E-filing

John Sutherland v. Diversified Capital Inc et al

Attorneys: Nicholas Emanuel specially for Theodore Chavez       James Goldberg

Deputy Clerk: **TRACY LUCERO**       Reporter: James Yeomans

**PROCEEDINGS:**       **RULING:**

1. π's motion for Temporary Restraining Order       Deemed Submitted

2. π's motion for Order to Show Cause       Deemed Submitted.

3. _____

4. _____

( ) Status Conference   ( ) P/T Conference   ( ) Case Management Conference

**ORDERED AFTER HEARING:**

_____

_____

(✓) ORDER TO BE PREPARED BY:   Plntf ___   Deft ___   Court ✓

( ) Referred to Magistrate For: _____
    ( ) By Court
( ) CASE CONTINUED TO _____ for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for ___ days
Type of Trial: ( ) Jury   ( ) Court
Notes: _____

(45 min)