BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. SUTHERLAND,<br><br>       Plaintiff,<br><br>vs.<br><br>DIVERSIFIED CAPITAL INC.; WILLIAM DAVID DALLAS; TRACEY CASELLA; NICOLE GARCIA, PACIFIC UNION HOME SALES, INC. INDIVIDUALLY AND D/B/A PACIFIC UNION GMAC REAL ESTATE; MATTHEW ALEXANDER TUNNEY; CHRISTOPHER GUY GARWOOD; HOLLY HUNTER KERSIS; FIRST FRANKLIN FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS; RECONTRUST, INC., DOES 1-100,<br><br>       Defendants. | Case No.  08-CV-03474 CRB<br><br>(Contra Costa Superior Court Case No. C 08-01682)<br><br>**[PROPOSED] ORDER ON MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 12 (B)(6)**<br><br>[Filed concurrently with Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities; Request for Judicial Notice]<br><br>**Date:**     September 5, 2008<br>**Time:**     10:00 a.m.<br>**Courtroom:** 8, 19th Floor<br>**Judge:**    Honorable Charles R. Breyer |

Defendants Countrywide Home Loans, Inc. ("CHL") and ReconTrust Company, N.A.'s ("ReconTrust") ("Defendants") Motion to Dismiss the Amended Complaint ("AC") of Plaintiff John R. Sutherland ("Plaintiff") came on for hearing before this Court on September 5, 2008.  The Court, having heard oral argument, considered the papers filed both in support and in opposition to the Motion, and good cause appearing, hereby GRANTS Defendants' Motion, and ORDERS as follows:

1. Plaintiff's First Cause of Action for "Violation of Truth in Lending 15 U.S. Code § 1601, 12 C.F.R. 226" and "California Financial Code § 4973 *et. seq.*" against Countrywide Home Loans, Inc. is dismissed without leave to amend;

2. Plaintiff's Fourth Cause of Action for "Breach of Contract" against Countrywide Home Loans, Inc. is dismissed;

3. Plaintiff's Fifth Cause of Action for "Declaratory Relief" against Countrywide Home Loans, Inc. is dismissed; and

4. Plaintiff's Sixth Cause of Action for "Injunctive Relief" against Countrywide Home Loans, Inc. and ReconTrust Company, N.A. is dismissed.

**IT IS SO ORDERED.**

Dated: _____        _____
                                    Judge of District Court

1  Respectfully submitted by:

2  Dated:  July 25, 2008    **BRYAN CAVE LLP**

By:  /s/ James Goldberg
     James Goldberg
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.,
(erroneously sued as Countrywide Home
Loans) and RECONTRUST COMPANY, N.A.
(erroneously sued as ReconTrust, Inc.)

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907

SM01DOCS\689089.2                           3
[PROPOSED] ORDER ON MOTION TO DISMISS – CASE NO. 08-CV-03474 CRB