**United States District Court**
For the Northern District of California

1
2
3
4
5
6             IN THE UNITED STATES DISTRICT COURT
7
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10  JOHN R. SUTHERLAND                          NO. CV 08-03474 CRB

11            Plaintiff,                        **CLERK'S NOTICE RE: FAILURE
    v.                                          TO FILE ELECTRONICALLY
12                                              AND/OR REGISTER AS AN E-
                                                FILER**
13  DIVERSIFIED CAPITAL INC
             Defendant.
14  _____/

15
16  On **July 24, 2008**, counsel for **defendants Countrywide Home Loans, Inc. and ReconTrust, Inc.**
17  filed a **Memorandum of points and authorities in opposition to plaintiff's Application for a
18  Temporary Restraining Order (document no. 9)** manually, on paper. This case has been designated
    for electronic filing, pursuant to Local Rule 5-4 and General Order 45.
19
20
21  The above mentioned paper document has been filed and docketed. However, General Order 45
22  provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
    presumptively designated" as e-filing cases. Therefore, counsel for **defendants Countrywide Home
23
    Loans, Inc. and ReconTrust, Inc.** should submit the **abovementioned document**, in PDF format
24
    within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email
25
    box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed
26
    there). Do ***not*** e-file a document which has been previously filed on paper, as is the case with the above
27
    mentioned filing. All subsequent papers should be e-filed.
28

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Counsel in this case who have not yet registered as ECF Users must do so immediately. Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

Dated: July 25, 2008                    Maria Loo
                                        Deputy Clerk