1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN R. SUTHERLAND,

      Plaintiff,

  v.

DIVERSIFIED CAPITAL INC, ET AL.,

      Defendants.

_____/

No. C 08-03474 CRB

**ORDER GRANTING MOTION TO DISMISS**

     Defendant Countrywide Home Loans, Inc.'s unopposed motion to dismiss for failure to state a claim is GRANTED for the reasons set forth in the July 24, 2008 order denying Plaintiff's motion for a temporary restraining order.  As to Countrywide, Plaintiff's claims fail because: (1) California Financial Code § 4973(f)(1) applies only to "covered loans," and Plaintiff's loan exceeded "the most current conforming loan limit for a single-family first mortgage loan established by the Federal National Mortgage Association in the case of a mortgage or deed of trust," California Financial Code § 4970(b); (2) Plaintiff's loan satisfied the disclosure requirements of the Truth in Lending Act by disclosing the fact that the interest rate could change, the frequency of interest rate and payment changes, and how the interest rate and payment would be determined, see 12 C.F.R. §§ 226.19(b)(2)(i), (2)(iii), (2)(vi); (3) a cause of action for breach of the implied covenant of good faith and fair dealing cannot lie where, as here, the defendant did what it was expressly given the right to do, see

**United States District Court**
For the Northern District of California

1  <u>Carma Developers, Inc. v. Marathon Development California, Inc.</u>, 2 Cal. 4th 342, 374

2  (1992); and (4) Plaintiff's claims for declaratory and injunctive relief are merely derivative of

3  his other claims.

4          The hearing scheduled for September 5, 2008 is VACATED.

5          **IT IS SO ORDERED.**

6

7



8  Dated:  August 19, 2008                    _____

                                             CHARLES  R. BREYER
9                                            UNITED STATES DISTRICT JUDGE