1  SHANNON B. JONES LAW GROUP
   SHANNON B. JONES (Bar No. 149222)
2  DENISE R. HANNAN (Bar No. 178794)
   KENDRA J. JUE (Bar No. 226992)
3  300 Diablo Road
   Danville, California 94526
4  Telephone:    (925) 837-2317
   Facsimile:    (925) 837-4831
5  Email:    sbj@sbj-law.com
              drh@sbj-law.com
6             kjj@sbj-law.com

7  Attorneys for Defendants
   PACIFIC UNION REAL ESTATE GROUP, LTD.
8  and HOLLY HUNTER KERSIS

9

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13

14  JOHN R. SUTHERLAND,                    )    No. C 08-03474 CRB
                                           )
15              Plaintiffs,                )    [Superior Court of Contra Costa Case No.
                                           )    C08-01682]
16        v.                               )
                                           )    REQUEST FOR JUDICIAL NOTICE
17  DIVERSIFIED CAPITAL INC.; WILLIAM      )    AND JOINDER TO COUNTRYWIDE'S
    DAVID DALLAS; TRACEY CASELLA;          )    REQUEST FOR JUDICIAL NOTICE BY
18  NICOLE GARCIA, PACIFIC UNION HOME      )    DEFENDANTS PACIFIC UNION REAL
    SALES, INC. INDIVIDUALLY AND D/B/A     )    ESTATE GROUP, LTD. AND HOLLY
19  PACIFIC UNION GMAC REAL ESTATE;        )    HUNTER KERSIS
    MATTHEW ALEXANDER TUNNEY;              )
20  CHRISTOPHER GUY GARWOOD; HOLLY         )    [Filed concurrently with Notice of Motion
    HUNTER KERSIS; FIRST FRANKLIN          )    and Motion and [Proposed] Order]
21  FINANCIAL CORPORATION;                 )
    COUNTRYWIDE HOME LOANS;                )
22  RECONTRUST, INC., DOES 1-100,          )    Date:    September 26, 2008
                                           )    Time:    10:00 a.m.
23              Defendants.                )    Ctrm:    8, 19th Floor
                                           )
24                                         )    The Honorable Charles R. Breyer
                                           )
25                                         )
                                           )
26                                         )
                                           )
27  ─────────────────────────────────     )

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED THAT on September 26, 2008 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8 of this Court, located at 450 Golden Gate Avenue, San Francisco, California, defendants PACIFIC UNION REAL ESTATE GROUP, LTD., erroneously sued as PACIFIC UNION HOME SALES, INC. INDIVIDUALLY AND D/B/A PACIFIC UNION GMAC REAL ESTATE, and HOLLY HUNTER KERSIS, (collectively, "Pacific Union"), will, and hereby do, request that the Court take judicial notice of the following matters and documents:

1.    That Pacific Union Home Sales, Inc. is a separate corporate entity from Pacific Union Real Estate Group, Ltd.;

2.    That Pacific Union Real Estate Group, Ltd. is a California-licensed real estate brokerage firm; and

3.    Public records maintained by the California Secretary and State and Department of Real Estate relating to named defendants and Pacific Union Real Estate Group, Ltd., and the facts contained therein, (collective Exhibits A through C).

Pacific Union also hereby joins in the Request for Judicial Notice of Defendants Countrywide Home Loans, Inc. and ReconTrust Company, N.A., filed in this action on July 25, 2008 ("Countrywide RJN"). This Request is made pursuant to Rule 201 of the Federal Rules of Evidence. This Request is based on this Notice, the attached Memorandum of Points and Authorities, all pleadings and papers on file in this action, any other matters of which the Court may or must take judicial notice, and any other matters the Court deems proper.

Dated: August 20, 2008

SHANNON B. JONES LAW GROUP

By _____ /s/ Shannon B. Jones _____
          SHANNON B. JONES
    Attorneys for Defendants PACIFIC UNION
    REAL ESTATE GROUP, LTD. and HOLLY
              HUNTER KERSIS

1

## MEMORANDUM OF POINTS AND AUTHORITIES

Pacific Union hereby submits its Request for Judicial Notice and Joinder to the Countrywide RJN.

Rule 201 of the Federal Rules of Evidence provides:

A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.

Fed. R. Evid. 201(b).

The Court shall take judicial notice of a fact if requested by a party and supplied with the necessary information. *Id.* at 201(d).

Pursuant to Rule 201 of the Federal Rules of Evidence, Pacific Union respectfully requests that the Court take judicial notice of the following matters and documents:

1. That Pacific Union Home Sales, Inc. is a separate corporate entity from Pacific Union Real Estate Group, Ltd.;

2. That Pacific Union Real Estate Group, Ltd. is a California-licensed real estate brokerage firm;

3. Public records maintained by the California Secretary reflecting corporate information for Pacific Union Home Sales, Inc. and Pacific Union Real Estate Group, Ltd. and, and the facts contained within those records (collective Exhibit A);

4. Public records maintained by the California Department of Real Estate relating to named defendants Pacific Union Home Sales, Inc., Matthew Tunney, and Christopher Garwood, and the facts contained within those records (collective Exhibit B).

5. Public records maintained by the California Department of Real Estate relating to Pacific Union Real Estate Group, Ltd. and its agent at the time of the subject transaction, Holly Kersis (collective Exhibit C).

These facts and documents are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

2

1    Moreover, they can be easily verified by accessing the following internet links:

2    http://www2.dre.ca.gov/PublicASP/pplinfo.asp and http://kepler.sos.ca.gov/list.html.

3            Pacific Union also hereby joins in the Request for Judicial Notice of Defendants

4    Countrywide Home Loans, Inc. and ReconTrust Company, N.A., filed in this action on July 25,

5

6    2008 ("Countrywide RJN").  In the Countrywide RJN, defendants request judicial notice of

7    Exhibits A (Plaintiff's Adjustable Rate Note), Exhibit B (Deed of Trust), Exhibit C (conforming

8    loan limit established by Fannie Mae, and Exhibit D (state court docket evidencing that date of

9    filing).  Pacific Union requests that the Court take judicial notice of those exhibits for the reasons

10   stated in the Countrywide RJN.

11

12   Dated:  August 20, 2008

13                                    SHANNON B. JONES LAW GROUP

14                                    By _____/s/  Shannon B. Jones_____
                                         SHANNON B. JONES
15                                       Attorneys for Defendants PACIFIC UNION
                                         REAL ESTATE GROUP, LTD. and HOLLY
16                                       HUNTER KERSIS

17

18

19

20

21

22

23

24

25

26

27

28

                                              3

**EXHIBIT A**

# California Business Portal

★ ★ ★ Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of AUG 15, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
| --- |

| PACIFIC UNION REAL ESTATE GROUP, LTD. |
| --- |

| **Number:** C1617136 | **Date Filed:** 6/30/1988 | **Status:** active |
| --- | --- | --- |

| **Jurisdiction:** California |
| --- |

| Address |
| --- |

| 567 SYCAMORE VALLEY ROAD WEST |
| --- |

| DANVILLE, CA 94525 |
| --- |

| Agent for Service of Process |
| --- |

| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |
| --- |

| 2730 GATEWAY OAKS DR STE 100 |
| --- |

| SACRAMENTO, CA 95833 |
| --- |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal

## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of AUG 15, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| PACIFIC UNION HOME SALES INC. |

| **Number:** C2271121 | **Date Filed:** 1/8/2001 | **Status:** active |
|---|---|---|

| **Jurisdiction:** California |
|---|

| Address |
|---|
| 675 HARTZ AVE SUITE #300 |
| DANVILLE, CA 94526 |

| Agent for Service of Process |
|---|
| TODD DEUTSCHER |
| 675 HARTZ AVE SUITE #300 |
| DANVILLE, CA 94526 |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**EXHIBIT B**

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

The license information shown below represents public information taken from the Department of Real Estate's database at the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also, the license information provided includes formal administrative actions that have been taken against licensees pursuant to the Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

License information taken from records of the Department of Real Estate on 8/15/2008 10:24:41 AM

| | |
|---|---|
| **License Type:** | CORPORATION |
| **Name:** | Pacific Union Home Sales Inc |
| **Mailing Address:** | 675 HARTZ AVE STE 300<br>DANVILLE, CA 94526 |
| **License ID:** | 01304996 |
| **Expiration Date:** | 03/29/11 |
| **License Status:** | LICENSED |
| **Corporation License Issued:** | 03/01/01 (Unofficial -- taken from secondary records) |
| **Former Name(s):** | Pacific Union Homes Sales Inc |
| **Main Office:** | 675 HARTZ AVE STE 300<br>DANVILLE, CA 94526 |
| **Licensed Officer(s):** | DESIGNATED OFFICER<br>01466810 - Expiration Date: 03/29/11<br>Lichliter, Deborah H<br><br>01148668 - Expiration Date: 02/28/09<br>Tunney, Matthew Alexander<br><br>00862391 - Expiration Date: 02/28/05<br>Garwood, Christopher Guy<br>EXPIRED AS OF 03/01/05 |
| **DBA** | NO CURRENT DBAS |
| **Branches:** | 2130 GREGER ST<br>OAKDALE, CA 95361 |
| **Salespersons:** | 01797699 - Amaya, Andrea Alejandra |
| **Comment:** | NO DISCIPLINARY ACTION |

NO OTHER PUBLIC COMMENTS

>>>> Public information request complete <<<<

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

The license information shown below represents public information taken from the Department of Real Estate's database at the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also, the license information provided includes formal administrative actions that have been taken against licensees pursuant to the Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

License information taken from records of the Department of Real Estate on 8/11/2008 1:16:11 PM

| | |
|---|---|
| **License Type:** | BROKER |
| **Name:** | Tunney, Matthew Alexander |
| **Mailing Address:** | 675 HARTZ AVE STE 300<br>DANVILLE, CA 94526 |
| **License ID:** | 01148668 |
| **Expiration Date:** | 10/31/11 |
| **License Status:** | LICENSED |
| **Broker License Issued:** | 05/07/03 (Unofficial -- taken from secondary records) |
| **Former Name(s):** | Tunney, Matt |
| **Main Office:** | 675 HARTZ AVE<br>DANVILLE, CA 94526 |
| **DBA** | NO CURRENT DBAS |
| **Branches:** | NO CURRENT BRANCHES |
| **Affiliated Licensed Corporation(s):** | 01304996 - Officer Expiration Date: 02/28/09<br>Pacific Union Home Sales Inc |
| **Comment:** | NO DISCIPLINARY ACTION |
| | NO OTHER PUBLIC COMMENTS |
| | >>>> Public information request complete <<<< |

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

The license information shown below represents public information taken from the Department of Real Estate's database at the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also, the license information provided includes formal administrative actions that have been taken against licensees pursuant to the Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

License information taken from records of the Department of Real Estate on 8/11/2008 1:16:37 PM

| | |
|---|---|
| **License Type:** | BROKER |
| **Name:** | Garwood, Christopher Guy |
| **Mailing Address:** | PO BOX 69<br>CARMEL, CA 93921 |
| **License ID:** | 00862391 |
| **Expiration Date:** | 04/21/09 |
| **License Status:** | LICENSED |
| **Broker License Issued:** | 04/20/88 (Unofficial -- taken from secondary records) |
| **Former Name(s):** | NO FORMER NAMES |
| **Main Office:** | 1 CORNER OCEAN AND SAN ANTONIO<br>CARMEL, CA 93921 |
| **DBA** | The Middlefield Company<br>ACTIVE FROM 10/26/1988 TO 04/20/1992<br><br>NO CURRENT DBAS |
| **Branches:** | NO CURRENT BRANCHES |
| **Affiliated Licensed Corporation(s):** | 01304996 - Officer Expiration Date: 02/28/05<br>Pacific Union Home Sales Inc<br>EXPIRED AS OF 03/01/05<br><br>01209902 - Officer Expiration Date: 06/29/04<br>Pacific Union Homes Inc<br>EXPIRED AS OF 06/30/04 |
| **Comment:** | NO DISCIPLINARY ACTION<br><br>NO OTHER PUBLIC COMMENTS<br><br>>>>> Public information request complete <<<< |

**EXHIBIT C**

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

The license information shown below represents public information taken from the Department of Real Estate's database at the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also, the license information provided includes formal administrative actions that have been taken against licensees pursuant to the Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

License information taken from records of the Department of Real Estate on 8/15/2008 10:24:12 AM

| | |
|---|---|
| **License Type:** | CORPORATION |
| **Name:** | Pacific Union Real Estate Group Ltd |
| **Mailing Address:** | ONE LETTERMAN DR BLDG C STE 300 SAN FRANCISCO, CA 94129-1492 |
| **License ID:** | 01147757 |
| **Expiration Date:** | 01/12/09 |
| **License Status:** | LICENSED |
| **Corporation License Issued:** | 01/13/93 (Unofficial -- taken from secondary records) |
| **Former Name(s):** | NO FORMER NAMES |
| **Main Office:** | ONE LETTERMAN DR BLDG C STE 300 SAN FRANCISCO, CA 94129-1492 |
| **Licensed Officer(s):** | DESIGNATED OFFICER 01057375 - Expiration Date: 01/12/09 Facendini, William Gary |
| | 01076061 - Expiration Date: 03/27/04 Connell, Brian Gregory EXPIRED AS OF 03/28/04 |
| | 00545454 - Expiration Date: 04/26/04 Hoffman, Pamela A EXPIRED AS OF 04/27/04 |
| | 00596759 - Expiration Date: 01/12/01 Jansen, William Lee EXPIRED AS OF 01/13/01 |
| | 00694747 - Expiration Date: 03/27/04 Jeanes, Kimberlee EXPIRED AS OF 03/28/04 |

00756353 - Expiration Date: 05/10/04
Keenholtz, Judith Carol
EXPIRED AS OF 05/11/04

00561181 - Expiration Date: 03/27/04
Levine, Sheila
EXPIRED AS OF 03/28/04

00630078 - Expiration Date: 01/12/09
Murray, Timothy Alan
OFFICER CANCELED AS OF 02/23/07

00413725 - Expiration Date: 01/12/05
Schaefer, Sandra K
EXPIRED AS OF 01/13/05

**DBA**             Pacific Union Relocation Center
                    ACTIVE AS OF 01/13/1993

                    Pacific Union Residential Brokerage
                    ACTIVE AS OF 10/13/1993

**Branches:**       1625 SHATTUCK AVE
                    BERKELEY, CA 94709-1611

                    579 SYCAMORE VALLEY RD WEST
                    DANVILLE, CA 94526

                    189 SIR FRANCIS DRAKE BLVD
                    GREENBRAE, CA 94904

                    490 MAGNOLIA AVE
                    LARKSPUR, CA 94939

                    37 MILLER AVE
                    MILL VALLEY, CA 94941

                    60 BELVEDERE DR
                    MILL VALLEY, CA 94941

                    1009 CAYMUS ST
                    NAPA, CA 94581

                    800 DE LONG AVE
                    NOVATO, CA 94945

                    1900 MOUNTAIN BL
                    OAKLAND, CA 94611

                    8 CAMINO ENCINAS STE 100
                    ORINDA, CA 94563

601 CALIFORNIA ST, 2ND FLOOR
SAN FRANCISCO, CA 94104

601 VAN NESS AVE
SAN FRANCISCO, CA 94104

1601 2ND ST #100
SAN RAFAEL, CA 94901

912 LOOTENS PLACE 2ND FLR
SAN RAFAEL, CA 94901

109 E NAPA ST
SONOMA, CA 95476

640 BROADWAY
SONOMA, CA 95476

1508 MAIN ST
ST HELENA, CA 94574

**Salespersons:**    There are currently 447 Salespersons affiliated with this
Broker/Corporation.
RETRIEVE SALESPERSON LIST

**Comment:**    02/18/05 - H-9115 SF

NO OTHER PUBLIC COMMENTS

>>>> Public information request complete <<<<

# STATE OF CALIFORNIA
# DEPARTMENT OF REAL ESTATE

The license information shown below represents public information taken from the Department of Real Estate's database at the time of your inquiry. It will not reflect pending changes which are being reviewed for subsequent database updating. Also, the license information provided includes formal administrative actions that have been taken against licensees pursuant to the Business and Professions Code and/or the Administrative Procedure Act. All of the information displayed is public information. Although the business and mailing addresses of real estate licensees are included, this information is not intended for mass mailing purposes.

License information taken from records of the Department of Real Estate on 8/15/2008 10:25:05 AM

| | |
|---|---|
| **License Type:** | SALESPERSON |
| **Name:** | Kersis, Holly Hunter |
| **Mailing Address:** | 2008 NORRIS RD<br>WALNUT CREEK, CA 94596 |
| **License ID:** | 01185730 |
| **Expiration Date:** | 08/08/10 |
| **License Status:** | LICENSED |
| **Salesperson License Issued:** | 08/09/94 (Unofficial -- taken from secondary records) |
| **Former Name(s):** | NO FORMER NAMES |
| **Employing Broker:** | License ID: 01352429<br>Empire Realty Associates Inc<br>380 DIABLO RD<br>DANVILLE, CA 94526 |
| **Comment:** | NO DISCIPLINARY ACTION |
| | NO OTHER PUBLIC COMMENTS |
| | >>>> Public information request complete <<<< |