1  SHANNON B. JONES LAW GROUP
   SHANNON B. JONES (Bar No. 149222)
2  DENISE R. HANNAN (Bar No. 178794)
   KENDRA J. JUE (Bar No. 226992)
3  300 Diablo Road
   Danville, California 94526
4  Telephone:   (925) 837-2317
   Facsimile:   (925) 837-4831
5  Email:       sbj@sbj-law.com
                drh@sbj-law.com
6               kjj@sbj-law.com

7
   Attorneys for Defendants
8  PACIFIC UNION REAL ESTATE GROUP, LTD.
   and HOLLY HUNTER KERSIS
9

10                  IN THE UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13

14  JOHN R. SUTHERLAND,                ) No. C 08-03474 CRB
                                       )
15            Plaintiffs,              ) [Superior Court of Contra Costa Case No.
                                       ) C08-01682]
16       v.                            )
                                       )
17  DIVERSIFIED CAPITAL INC.; WILLIAM  ) CERTIFICATION OF INTERESTED
    DAVID DALLAS; TRACEY CASELLA;      ) ENTITIES OR PERSONS
18  NICOLE GARCIA, PACIFIC UNION HOME  )
    SALES, INC. INDIVIDUALLY AND D/B/A ) [L.R. 3-16]
19  PACIFIC UNION GMAC REAL ESTATE;    )
    MATTHEW ALEXANDER TUNNEY;          ) The Honorable Charles R. Breyer
20  CHRISTOPHER GUY GARWOOD; HOLLY     )
    HUNTER KERSIS; FIRST FRANKLIN      )
21  FINANCIAL CORPORATION;             )
    COUNTRYWIDE HOME LOANS;            )
22  RECONTRUST, INC., DOES 1-100,      )
                                       )
23            Defendants.              )
                                       )
24                                     )
                                       )
25                                     )
                                       )
26                                     )
                                       )
27                                     )
                                       )
28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – C 08-03474 CRB

## **CERTIFICATION**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 20, 2008

                                        SHANNON B. JONES LAW GROUP

                                        By _____ /s/ Shannon B. Jones_____
                                                   SHANNON B. JONES
                                  Attorneys for Defendants PACIFIC UNION
                                   REAL ESTATE GROUP, LTD. and HOLLY
                                             HUNTER KERSIS