1  THEODORE R. CHAVEZ   SBN 53291
   LAW OFFICE OF THEODORE R. CHAVEZ
2  1501 THE ALAMEDA
   SAN JOSE CA 95216
3  TELEPHONE:  (408) 993-1679
   FACSIMILE:   (408) 993-0719
4  e-mail: theodorechavez@sbcglobal.net

5  Attorney for Plaintiff, JOHN R. SUTHERLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. SUTHERLAND,<br><br>            Plaintiff,<br><br>vs.<br><br>DIVERSIFIED CAPITAL INC.; WILLIAM DAVID DALLAS; TRACEY CASELLA; NICOLE GARCIA, PACIFIC UNIION HOME SALES, INC.  INDIVIDUALLY AND D/B/A PACIFIC UNION GMAC REAL ESTATE; MATTHEW ALEXANDER TUNNEY; CHRISTOPHER GUY GARWOOD; HOLLY HUNTER KERSIS; FIRST FRANKLIN FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS; RECONTRUST, INC., DOES 1-100,<br><br>            Defendants. | Case No.: CV 08-3474 CRB<br><br>REQUEST FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br>[Rule 41 (a) (1) (i)]<br><br>IT IS SO ORDERED<br><br>_____<br>CHARLES R. BREYER<br>UNITED STATES DISTRICT JUDGE<br><br>Sept 10, 2008<br>DATE |

TO:  THE CLERK OF THE COURT

   Please dismiss this action without prejudice as to the entire action, all parties and all causes of action pursuant to Rule 41 (a) (1) (i).

Dated: 8/27/08         , 2008          _____
                                        THEODORE R. CHAVEZ
                                        ATTORNEY FOR PLAINTIFF

REQUEST FOR DISMISSAL                     - 1 -                    Case No. CV 08-3474 CRB

1 | COUNTY OF SANTA CLARA )
2 | STATE OF CALIFORNIA ) ss.

I am employed in the County of Santa Clara, State of California. I am over the age of eighteen and not a party to the within action. My business address is 1501 The Alameda, San Jose CA 95126.

I served the following document(s) described as:

Request for Dismissal of Entire Action Without Prejudice [Rule 41 (a) (1) (i)]

On the following:

Bryan Cave LLP
James Goldberg
Stephanie A. Blazewicz
2 Embarcadero Center Ste 1410
San Francisco CA 94111

__x__ **VIA MAIL – CCP 1013 (A), 2015.5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above (or attached) and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at San Jose, California, with postage fully prepaid thereon that same day in the ordinary course of business**

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on September 8, 2008, San Jose, California.

_____
Anita Devine

PROOF OF SERVICE                                             Case No. C 08-01682
- 1 -